# Third National Bank *v.* Kerkeslager, Appellant.

Argued Jan. 20, 1910. Appeal, No. 337, Jan. T., 1909, by defendants, from judgment of C. P. No. 5, Phila. Co., June T., 1908, No. 2,605, for want of sufficient affidavit of defense in case of Third National Bank of Philadelphia v. Irvin C. Kerkeslager, Lewis Willey and Joseph M. Adams, Trustees in Bankruptcy of Alexander Crow, Jr., appellants. Before FELL, C. J., BROWN, MESTREZAT, POTTER, ELKIN, STEWART and MOSCHZISKER, JJ. Affirmed.

*James F. Campbell,* with him *Joseph L. Greenwald* and *Porter, Foulkrod & McCullagh,* for appellants.

*John G. Johnson* and *Humbert B. Powell,* for appellee.

OPINION BY MR. JUSTICE BROWN, March 28, 1910:

The question involved on this appeal has been disposed of in the opinion filed in No. 334 to the present term, Wood v. Kerkeslager, ante, p. 536, and, for the reasons therein given, the judgment of the court below is affirmed.